IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PREMIER ENTERTAINMENT BILOXI**
**LLC d/b/a Hard Rock Hotel & Casino**
**Biloxi, a Delaware limited liability company**

**PLAINTIFF**

**U.S. BANK NATIONAL ASSOCIATION, a**
**national banking association, as Trustee**
**under Series A and Series B 10 ¾% First**
**Mortgage Notes Due 2012 Indenture dated**
**January 23, 2004**

**PLAINTIFF-INTERVENOR**

**VERSUS**

**CIVIL ACTION NO. 1:06CV12LTS-RHW**

**JAMES RIVER INSURANCE COMPANY,**
**an Ohio Corporation**

**DEFENDANT**

## AGREED ORDER

COME NOW the parties, Premier Entertainment Biloxi LLC d/b/a Hard Rock Hotel & Casino Biloxi, ("Premier"), U.S. Bank National Association, ("U.S. Bank") and James River Insurance Company ("James River") and submit this Agreed Order granting Premier an extension until January 8, 2007 to file: (1) a Reply in Support of Premier's Motion for Partial Judgment on the Pleadings; (2) a Reply in Support of Premier's Motion to Dismiss James River's Counterclaim; and (3) a Response to James River's Motion for Partial Summary Judgment.  The parties have agreed to these extensions after meeting telephonically with Judge Walker and consulting among themselves regarding the issues currently pending before this Honorable Court.  After due consideration of the record, this Court finds that the agreement of the parties is well taken and should be granted.  It is therefore,

ORDERED that Premier shall have until Monday, January 8, 2007 to file: (1) a Reply in Support of Premier's Motion for Partial Judgment on the Pleadings; (2) a Reply in Support of Premier's Motion to Dismiss James River's Counterclaim; and (3) a Response to James River's Motion for Partial Summary Judgment.

SO ORDERED this the 26th day of October, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge


PREMIER ENTERTAINMENT BILOXI, LLC
By:  Balch & Bingham LLP


s/ Ben H. Stone
Ben H. Stone (MS Bar No. 7934)
1310 Twenty-Fifth Avenue
Gulfport, MS 39501
Phone:  (228) 214-0402
Fax:  (228) 864-8221


U.S. BANK NATIONAL ASSOCIATION
By:  Allen, Cobb, Hood & Atkinson

s/ Michael C. McCabe, Jr.
Michael McCabe (MS Bar No.101548)
P.O. Drawer 4108
Gulfport, MS 39502-4108
Phone:  (228) 864-4011
Fax:  (228) 864-4852


JAMES RIVER INSURANCE COMPANY
By:  Adams and Reese, LLP

s/ William C. Brabec
William C. Brabec (MS Bar No. 4240)
111 East Capitol Street, Suite 350
P.O. Box 24297
Jackson, MS 39225-4297

Phone: (601) 353-3234
Fax: (601) 355-9708