**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **PREMIER ENTERTAINMENT BILOXI LLC d/b/a Hard Rock Hotel & Casino Biloxi, a Delaware limited liability company** | **PLAINTIFF** |
| **U.S. BANK NATIONAL ASSOCIATION, a national banking association, as Trustee under Series A and Series B 10 ¾% First Mortgage Notes Due 2012 Indenture dated January 23, 2004** | **PLAINTIFF-INTERVENOR** |
| **VS.** | **CIVIL ACTION NO. 1:06-cv-00012-LTS-RHW** |
| **JAMES RIVER INSURANCE COMPANY, an Ohio corporation** | **DEFENDANT** |

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the Defendant will take the deposition of Reinhard Flick, Ph.D. by oral examination before a duly licensed court reporter or some other person authorized to administer the oath on Thursday, October 11, 2007 at 9:00 a.m. at the offices of Paulson Reporting & Litigations Services, Inc., Suite 111, 555 West Beech Street, San Diego, California 92101.

Such deposition shall continue from day to day until complete. You are invited to attend the deposition and participate as provided for by the Federal Rules of Civil Procedure.

Respectfully submitted, this 19th day of September 2007.

                                                JAMES RIVER INSURANCE COMPANY

                                                /s/ John S. Hooks

OF COUNSEL

William C. Brabec
MS Bar No. 4240
David W. Donnell
MS Bar No. 1288
John S. Hooks
MS Bar No. 99175
ADAMS AND REESE LLP
111 E. Capitol Street, Suite 350
Jackson, Mississippi 39201
Telephone: (601) 353-3234
Facsimile: (601) 355-9708

## CERTIFICATE OF SERVICE

I, William C. Brabec, hereby certify that I have this date filed electronically a copy of the forgoing document with the Clerk of Court via CM/ECF, which sent notice of such filing to the following:

>Jonathan P. Dyal
>jdyal@balch.com
>
>Michael Clark McCabe, Jr.
>mmccabe@avchlaw.com
>
>Robert Shoecraft
>rshoecraft@sbcivillaw.com
>
>Dated: September 19, 2007.

/s/ John S. Hooks