UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| PREMIER ENTERTAINMENT BILOXI, LLC, doing business as Hard Rock Hotel & Casino Biloxi, a Delaware limited liability company | PLAINTIFF/COUNTER-DEFENDANT |
| U. S. BANK NATIONAL ASSOCIATION | INTERVENOR/PLAINTIFF |
| V. | CIVIL ACTION NO. 1:06cv12-LTS-RHW |
| JAMES RIVER INSURANCE COMPANY | DEFENDANT/COUNTER-CLAIMANT |

## ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED**:

Premier's [52] Motion to Dismiss James River's Counterclaim, now converted to a Motion for Summary Judgment, is **DENIED**;

Premier's [54] Motion for Partial Judgment on the Pleadings, likewise considered as a Motion for Summary Judgment, is **DENIED**;

James River's [61] Motion for Partial Summary Judgment is **DENIED**.

**SO ORDERED** this the 3rd day of October, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE